UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS ALBERTO VALTIERRA RAMIREZ, <br><br> Petitioner, <br><br> v. <br><br> NATALIE ASHER, et al., <br><br> Respondents. | Case No. C14-98-TSZ <br><br> **ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.
2. Respondents' motion to dismiss, Dkt. 10, is GRANTED.
3. Petitioner's habeas petition, Dkt. 1, is DENIED as moot.
4. Petitioner's request for attorney's fees, Dkt. 12, is DENIED without prejudice as premature.
5. The action DISMISSED without prejudice.

\\

\\

ORDER OF DISMISSAL - 1

6. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 23rd day of July, 2014.

*Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL - 2